| Grant Number | Agency | Principle Investigator | Funding Year | Grant Funding | Grant Total |
|---|---|---|---|---|---|
| 1 RD83329301 | EPA | W. Michael Foster | 2008 | $ 340,416.00 | $ 15,471,274.00 |
| 2 ES016347 | National Institute of Environmental Health Sciences | W. Michael Foster | 2009 | $ 340,416.00 | |
| 3 6860201585 | | W. Michael Foster | 2010 | $ 337,012.00 | $ 1,017,844.00 |
| | | Monica Kraft | 2006 | $ 501,727.00 | |
| 4 1P50-HL084917-01 | National Heart, Lung and Blood Institute | Monica Kraft | 2006 | $ 558,443.00 | |
| | | Paul Wesley Noble | 2006 | $ 243,172.00 | |
| | | Scott M. Palmer | 2006 | $ 429,058.00 | |
| | | Howard A. Rockman | 2006 | $ 154,980.00 | |
| | | Mary E. Sunday | 2006 | $ 27,746.00 | |
| | | Jo Rae Wright | 2006 | $ 295,503.00 | |
| | | Jo Rae Wright | 2006 | $ 244,913.00 | |
| | | Jo Rae Wright | 2006 | $ 2,641,468.00 | $ 5,097,010.00 |
| 5 1F32HL090265-01 | National Heart, Lung and Blood Institute | Sandra Colombini-Hatch | 2007 | $52,569 | $52,569 |



4:13-CV-00017



EXHIBIT C

Case 1:17-cv-00276-CCE-JLW   Document 1-11   Filed 05/17/13   Page 1 of 14

| | | | | | |
|---|---|---|---|---|---|
| 6 RR024 127-03 | National Center for Research Resources | Robert M. Califf | 2011 | $ | 122,464.00 | |
| | National Center for Research Resources | Robert M. Califf | 2010 | $ | 757,594.00 | |
| | Office of the Director, Ntl Inst. Of Health | Robert M. Califf | 2009 | $ | 805,799.00 | |
| | Office of the Director, Ntl Inst. Of Health | Robert M. Califf | 2008 | $ | 768,665.00 | |
| | National Center for Research Resources | Robert M. Califf | 2007 | $ | 826,104.00 | |
| | National Center for Research Resources | Robert M. Califf | 2006 | $ | 619,578.00 | $ 3,900,204.00 |
| | | Richard Di Giulio | 2009 | $ | 309,808.00 | |
| | | Richard Di Giulio | 2007 | $ | 1,135,413.00 | |
| | | Richard Di Giulio | 2006 | $ | 999,779.00 | |
| | | Richard Di Giulio | 2005 | $ | 877,703.00 | |
| | | W. Michael Foster | 2007 | $ | 194,699.00 | |
| | | W. Michael Foster | 2006 | $ | 113,509.00 | |
| | | W. Michael Foster | 2005 | $ | 96,758.00 | |
| | | W. Michael Foster | 2004 | $ | 69,804.00 | |
| | | Marie Lynn Miranda | 2007 | $ | 157,476.00 | |
| | | Marie Lynn Miranda | 2006 | $ | 101,002.00 | |
| | | Marie Lynn Miranda | 2005 | $ | 89,945.00 | |
| | | Marie Lynn Miranda | 2004 | $ | 93,587.00 | |
| | | Joesph R. Nevins | 2007 | $ | 219,942.00 | |

7 ES-011961 | Ntl Inst of Environmental Health Sciences

| Name | Year | Amount |
|---|---|---|
| Joseph R. Nevins | 2006 | $ 129,132.00 |
| Joseph R. Nevins | 2005 | $ 111,076.00 |
| Joesph R. Nevins | 2004 | $ 77,584.00 |
| Dhavalkumar D. Patel | 2007 | $ 208,042.00 |
| Dhavalkumar D. Patel | 2006 | $ 122,190.00 |
| Dhavalkumar D. Patel | 2005 | $ 97,675.00 |
| Dhavalkumar D. Patel | 2004 | $ 75,968.00 |
| Christopher Schroeder | 2007 | $ 76,795.00 |
| Christopher Schroeder | 2006 | $ 46,117.00 |
| Christopher Schroeder | 2005 | $ 30,745.00 |
| Christopher Schroeder | 2004 | $ 30,746.00 |
| David A. Schwartz | 2004 | $ 251,283.00 |
| David A. Schwartz | 2004 | $ 731,511.00 |
| Marcy C. Speer | 2007 | $ 52,314.00 |
| Marcy C. Speer | 2006 | $ 30,501.00 |
| Marcy C. Speer | 2005 | $ 20,308.00 |
| Marcy C. Speer | 2004 | $ 19,717.00 |
| Mike West | 2007 | $ 154,987.00 |
| Mike West | 2006 | $ 91,256.00 |
| Mike West | 2005 | $ 89,494.00 |
| Mike West | 2004 | $ 87,783.00 |
| Jo Rae Wright | 2007 | $ 71,158.00 |
| Jo Rae Wright | 2006 | $ 41,936.00 |
| Jo Rae Wright | 2005 | $ 25,790.00 |
| Jo Rae Wright | 2004 | $ 25,039.00 | $ 7,158,572.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | 1K24 Hl91140-01A2 | National Heart, Lung and Blood Institute | Scott M. Palmer | 2008 | $ 137,597.00 | $ 137,597.00 |
| 9 | AI 081672 | Ntl Inst of Allergy and Infectious Diseases | W. Michael Foster | 2012 | $ 322,067.00 | |
| | | | W. Michael Foster | 2011 | $ 355,454.00 | |
| | | | Monica Kraft | 2012 | $ 187,950.00 | |
| | | | Monica Kraft | 2012 | $ 101,459.00 | |
| | | | Monica Kraft | 2012 | $ 1,429,197.00 | |
| | | | Monica Kraft | 2011 | $ 254,543.00 | |
| | | | Monica Kraft | 2011 | $ 182,514.00 | |
| | | | Monica Kraft | 2011 | $ 1,692,145.00 | |
| | | | Monica Kraft | 2010 | $ 1,444,574.00 | |
| | | | Monica Kraft | 2009 | $ 1,496,674.00 | |
| | | | John S. Sundy | 2011 | $ 528,985.00 | |
| | | | Jo Rae Wright | 2012 | $ 309,254.00 | |
| | | | Jo Rae Wright | 2011 | $ 370,649.00 | $ 8,675,465.00 |

| # | Grant | Institute | PI | Year | Amount | Total |
|---|---|---|---|---|---|---|
| 10 | ES016126 | National Institute of Environmental Health Sciences | John W. Hollingsworth | 2012 | $ 400,456.00 | $ 400,456.00 |
| 11 | HL077291 | National Heart, Lung and Blood Institute | Carol Liang | 2012 | $ 388,575.00 | $ 388,575.00 |
| 12 | ES020426 | National Institute of Environmental Health Sciences | John W. Hollingsworth | 2012 | $ 196,250.00 | $ 196,250.00 |
| 13 | HL086887 | National Heart, Lung and Blood Institute | Loretta Que | 2011 | $ 351,000.00 | |
| | | | Loretta Que | 2010 | $ 351,000.00 | |
| | | | Loretta Que | 2009 | $ 351,000.00 | |
| | | | Loretta Que | 2008 | $ 351,000.00 | |
| | | | Loretta Que | 2007 | $ 350,531.00 | $ 1,754,531.00 |
| 14 | HL092994 | National Heart, Lung and Blood Institute | Harvey E. Marshall | 2012 | $ 386,100.00 | |
| | | | Harvey E. Marshall | 2011 | $ 390,000.00 | |
| | | | Harvey E. Marshall | 2010 | $ 390,000.00 | |
| | | | Harvey E. Marshall | 2009 | $ 390,000.00 | $ 1,556,100.00 |
| 15 | HL081825 | | | | | |
| 16 | ES015675 | | | | | |
| 17 | ES016659 | National Institute of Environmental Health Sciences | W. Michael Foster | 2009 | $ 229,240.00 | |
| 18 | HL077763 | | W. Michael Foster | 2008 | $ 190,240.00 | $ 419,480.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19 | HL090146 | National Heart, Lung and Blood Institute | Barry R. Stripp | 2010 | $ 665,807.00 |
| | | | Barry R. Stripp | 2009 | $ 30,000.00 |
| | | | Barry R. Stripp | 2009 | $ 621,632.00 |
| | | | Barry R. Stripp | 2008 | $ 18,720.00 |
| | | | Barry R. Stripp | 2008 | $ 611,326.00 |
| | | | Barry R. Stripp | 2007 | $ 667,263.00 | $ 2,614,748.00 |
| 20 | HL060539 | National Heart, Lung and Blood Institute | Carol Liang | 2012 | $ 392,500.00 |
| | | | Paul Wesley Noble | 2011 | $ 392,500.00 |
| | | | Paul Wesley Noble | 2010 | $ 378,690.00 |
| | | | Paul Wesley Noble | 2009 | $ 378,690.00 |
| | | | Paul Wesley Noble | 2008 | $ 378,690.00 |
| | | | Paul Wesley Noble | 2007 | $ 378,690.00 |
| | | | Paul Wesley Noble | 2006 | $ 388,958.00 | $ 2,688,718.00 |
| 21 | HL16037 | National Heart, Lung and Blood Institute | Robert J. Lefkowitz | 2012 | $ 469,835.00 |
| | | | Robert J. Lefkowitz | 2011 | $ 469,835.00 |
| | | | Robert J. Lefkowitz | 2010 | $ 474,580.00 |
| | | | Robert J. Lefkowitz | 2009 | $ 457,823.00 |
| | | | Robert J. Lefkowitz | 2008 | $ 435,598.00 |
| | | | Robert J. Lefkowitz | 2007 | $ 430,158.00 |
| | | | Robert J. Lefkowitz | 2006 | $ 430,105.00 | $ 3,167,934.00 |

| # | Grant | Institute | PI | Year | Amount | Total |
|---|---|---|---|---|---|---|
| 22 | AI056101 | National Institute of Allergy and Infectious Diseases | Soman N. Abraham | 2005 | $ 154,000.00 | |
| | | | Soman N. Abraham | 2004 | $ 154,000.00 | $ 308,000.00 |
| 23 | AI074751 | National Institute of Allergy and Infectious Diseases | Soman N. Abraham | 2008 | $ 390,000.00 | $ 390,000.00 |
| 24 | DK077307 | National Institute of Diabetes and Digestive and Kidney Disease | Soman N. Abraham | 2010 | $ 99,999.00 | |
| | | | Soman N. Abraham | 2009 | $ 195,000.00 | |
| | | | Soman N. Abraham | 2008 | $ 234,000.00 | $ 528,999.00 |
| 25 | DK077159 | National Institute of Diabetes and Digestive and Kidney Disease | Soman N. Abraham | 2011 | $ 302,293.00 | |
| | | | Soman N. Abraham | 2010 | $ 305,346.00 | |
| | | | Soman N. Abraham | 2009 | $ 103,522.00 | |
| | | | Soman N. Abraham | 2009 | $ 308,431.00 | |
| | | | Soman N. Abraham | 2008 | $ 308,431.00 | |
| | | | Soman N. Abraham | 2007 | $ 328,726.00 | |
| | | | Soman N. Abraham | 2008 | $ 286,198.00 | |
| | | | Soman N. Abraham | 2007 | $ 305,216.00 | $ 1,656,749.00 |
| 26 | DK050814 | National Institute of Diabetes and Digestive and Kidney Disease | Soman N. Abraham | 2006 | $ 54,112.00 | |
| | | | Soman N. Abraham | 2006 | $ 300,762.00 | |
| | | | Soman N. Abraham | 2006 | $ 13,105.00 | |
| | | | Soman N. Abraham | 2005 | $ 308,000.00 | $ 981,195.00 |

| # | Grant | Institute | PI | Year | | Amount | Total |
|---|---|---|---|---|---|---|---|
| 27 | AI064789 | National Institute of Allergy and Infectious Diseases | Claude A. Piantadosi | 2012 | $ | 314,000.00 | $ 314,000.00 |
| 28 | HL82504 | National Heart, Lung and Blood Institute | Judith A. Voynow | 2008 | $ | 295,832.00 | |
| | | | Judith A. Voynow | 2007 | $ | 295,832.00 | |
| | | | Judith A. Voynow | 2006 | $ | 303,848.00 | |
| | | | Judith A. Voynow | 2005 | $ | 310,167.00 | $ 1,205,679.00 |
| 29 | HL81763 | National Heart, Lung and Blood Institute | Bernard M. Fischer | 2008 | $ | 227,214.00 | |
| | | | Bernard M. Fischer | 2007 | $ | 227,032.00 | |
| | | | Bernard M. Fischer | 2006 | $ | 233,063.00 | $ 687,309.00 |
| 30 | HL36982 | | | | | | |
| 31 | HD043728 | Eunice Kennedy Shriver National Institute of Child Health & Human Development | Ronald Goldberg | 2012 | $ | 128,693.00 | |
| | | | Ronald Goldberg | 2011 | $ | 120,048.00 | |
| | | | Ronald Goldberg | 2010 | $ | 126,140.00 | |
| | | | Ronald Goldberg | 2009 | $ | 143,689.00 | |
| | | | Ronald Goldberg | 2008 | $ | 116,543.00 | |
| | | | Ronald Goldberg | 2007 | $ | 116,543.00 | |
| | | | Ronald Goldberg | 2006 | $ | 142,600.00 | |
| | | | Ronald Goldberg | 2005 | $ | 142,600.00 | $ 1,036,856.00 |

| # | Grant | Institute | PI | Year | Amount | Total |
|---|---|---|---|---|---|---|
| 32 | HL067021 | National Heart, Lung and Blood Institute | Richard L. Auten | 2005 | $ 308,000.00 | |
| 33 | ES012496 | National Institute of Environmental Health Sciences | W. Michael Foster | 2007 | $ 1,672,585.00 | |
| | | | Jonathan S. Stamler | 2006 | $ 1,665,927.00 | |
| | | | Jonathan S. Stamler | 2005 | $ 1,620,452.00 | |
| | | | Jonathan S. Stamler | 2004 | $ 1,477,895.00 | $ 4,764,274.00 |
| 34 | AI068822 | National Institute of Allergy and Infectious Diseases | Amy M. Pastva | 2011 | $ 117,692.00 | |
| | | | Amy M. Pastva | 2010 | $ 115,050.00 | |
| | | | Amy M. Pastva | 2009 | $ 49,999.00 | |
| | | | Amy M. Pastva | 2009 | $ 112,485.00 | |
| | | | Amy M. Pastva | 2008 | $ 109,996.00 | $ 387,530.00 |
| 35 | HL068072 | National Heart, Lung and Blood Institute | Jo Rae Wright | 2010 | $ 380,205.00 | |
| | | | Jo Rae Wright | 2009 | $ 371,483.00 | |
| | | | Jo Rae Wright | 2008 | $ 373,683.00 | |
| | | | Jo Rae Wright | 2007 | $ 374,909.00 | |
| | | | Jo Rae Wright | 2006 | $ 382,241.00 | $ 1,882,521.00 |
| 36 | HL058795 | | | | | |

| # | | | PI | Year | Amount | Total |
|---|---|---|---|---|---|---|
| 37 | HL084123 | National Heart, Lung and Blood Institute | Julia K. Walker | 2012 | $ 386,100.00 | |
| | | | Julia K. Walker | 2011 | $ 390,000.00 | |
| | | | Julia K. Walker | 2010 | $ 390,000.00 | |
| | | | Julia K. Walker | 2009 | $ 390,000.00 | |
| | | | Julia K. Walker | 2008 | $ 390,000.00 | $ 1,946,100.00 |
| 38 | HL081285 | National Heart, Lung and Blood Institute | Jerry PC Eu | 2011 | $ 312,000.00 | |
| | | | Jerry PC Eu | 2010 | $ 312,000.00 | |
| | | | Jerry PC Eu | 2009 | $ 312,000.00 | |
| | | | Jerry PC Eu | 2008 | $ 312,000.00 | |
| | | | Jerry PC Eu | 2007 | $ 311,750.00 | $ 1,559,750.00 |
| 39 | HL079915 | National Heart, Lung and Blood Institute | Marilyn J. Telen | 2008 | $ 1,499,907.00 | |
| | | | Marilyn J. Telen | 2007 | $ 1,602,077.00 | |
| | | | Marilyn J. Telen | 2006 | $ 1,642,787.00 | $ 4,744,771.00 |
| 40 | HL091642 | National Heart, Lung and Blood Institute | Julie G. Ledford | 2010 | $ 52,154.00 | |
| | | | Julie G. Ledford | 2009 | $ 50,054.00 | |
| | | | Julie G. Ledford | 2008 | $ 46,826.00 | $ 149,034.00 |
| 41 | HL073907 | | | | | |

| 42 | HL084917 | National Heart, Lung and Blood Institute | Monica Kraft | 2010 | $ | 453,305.00 | |
|---|---|---|---|---|---|---|---|
| | | | Monica Kraft | 2008 | $ | 627,469.00 | |
| | | | Monica Kraft | 2007 | $ | 673,887.00 | |
| | | | Monica Kraft | 2007 | $ | 627,165.00 | |
| | | | Monica Kraft | 2006 | $ | 501,727.00 | |
| | | | Monica Kraft | 2006 | $ | 558,443.00 | |
| | | | Paul Wesley Noble | 2010 | $ | 453,305.00 | |
| | | | Paul Wesley Noble | 2009 | $ | 448,353.00 | |
| | | | Paul Wesley Noble | 2008 | $ | 277,025.00 | |
| | | | Paul Wesley Noble | 2007 | $ | 274,503.00 | |
| | | | Paul Wesley Noble | 2006 | $ | 243,172.00 | |
| | | | Scott M. Palmer | 2010 | $ | 453,305.00 | |
| | | | Scott M. Palmer | 2009 | $ | 448,353.00 | |
| | | | Scott M. Palmer | 2008 | $ | 487,367.00 | |
| | | | Scott M. Palmer | 2007 | $ | 483,907.00 | |
| | | | Scott M. Palmer | 2006 | $ | 429,058.00 | |
| | | | Howard A. Rockman | 2010 | $ | 453,306.00 | |
| | | | Howard A. Rockman | 2009 | $ | 448,353.00 | |
| | | | Howard A. Rockman | 2008 | $ | 166,438.00 | |
| | | | Howard A. Rockman | 2007 | $ | 169,753.00 | |
| | | | Howard A. Rockman | 2006 | $ | 154,980.00 | |
| | | | Mary E. Sunday | 2006 | $ | 27,746.00 | |

| Name | Year | Amount | Total |
|---|---|---|---|
| Jo Rae Wright | 2010 | $ 453,305.00 | |
| Jo Rae Wright | 2010 | $ 2,719,831.00 | |
| Jo Rae Wright | 2009 | $ 448,352.00 | |
| Jo Rae Wright | 2009 | $ 2,690,117.00 | |
| Jo Rae Wright | 2008 | $ 324,672.00 | |
| Jo Rae Wright | 2008 | $ 2,554,438.00 | |
| Jo Rae Wright | 2007 | $ 321,725.00 | |
| Jo Rae Wright | 2007 | $ 2,550,940.00 | |
| Jo Rae Wright | 2006 | $ 295,503.00 | |
| Jo Rae Wright | 2006 | $ 244,913.00 | |
| Jo Rae Wright | 2006 | $ 2,641,468.00 | $ 26,127,662.00 |

| # | Grant | Institute | PI | Year | Amount | Total |
|---|---|---|---|---|---|---|
| 43 | HL87094 | National Heart, Lung and Blood Institute | Bastiaan Driehuys | 2008 | $ 229,520.00 | |
| 44 | ES07943 | | Bastiaan Driehuys | 2007 | $ 191,920.00 | $ 421,440.00 |
| 45 | HL91335 | National Heart, Lung and Blood Institute | John W. Hollingsworth | 2008 | $ 122,784.00 | |
| | | | John W. Hollingsworth | 2007 | $ 122,784.00 | $ 245,568.00 |
| 46 | CA092656 | National Cancer Institute | George Allen Johnson | 2011 | $ 411,668.00 | |
| | | | George Allen Johnson | 2010 | $ 438,273.00 | |
| | | | George Allen Johnson | 2009 | $ 443,803.00 | |
| | | | George Allen Johnson | 2008 | $ 444,647.00 | |
| | | | George Allen Johnson | 2007 | $ 445,007.00 | |
| | | | George Allen Johnson | 2006 | $ 594,916.00 | $ 2,778,314.00 |
| 47 | ES11375 | National Institute of Environmental Health Sciences | Elwood A. Linney | 2006 | $ 836,282.00 | $ 836,282.00 |
| 48 | ES7498 | | | | | |
| 49 | ES9607 | | | | | |
| 50 | AI58161 | | | | | |

| # | Grant | Institute | PI | Year | Amount | Total |
|---|---|---|---|---|---|---|
| 51 | HL75307 | National Heart, Lung and Blood Institute | Thomas M. Murphy | 2009 | $ 340,821.00 | |
| | | | Thomas M. Murphy | 2008 | $ 340,821.00 | |
| | | | Thomas M. Murphy | 2007 | $ 340,548.00 | |
| 52 | HL67281 | | Thomas M. Murphy | 2006 | $ 349,594.00 | $ 1,371,784.00 |
| 53 | ES12717 | National Institute of Environmental Health Sciences | John W. Hollingsworth | 2006 | $ 122,784.00 | $ 122,784.00 |
| 54 | ES020350 | National Institute of Environmental Health Sciences | John W. Hollingsworth | 2013 | $ 377,989.00 | |
| 55 | AI089756 | National Institute of Allergy and Infectious Diseases | John W. Hollingsworth | 2012 | $ 419,988.00 | $ 797,977.00 |
| 56 | ES16000 | | Kristi Williams | 2010 | $ 392,500.00 | $ 392,500.00 |
| 57 | ES016836 | National Institute of Environmental Health Sciences | Judith A. Voynow | 2013 | $ 319,110.00 | |
| | | | Judith A. Voynow | 2012 | $ 353,484.00 | |
| | | | Judith A. Voynow | 2011 | $ 361,346.00 | |
| 58 | HL005009 | | Judith A. Voynow | 2010 | $ 376,216.00 | $ 1,410,156.00 |
| | | | Bastiaan Driehuys | 2013 | $ 138,252.00 | |
| | | | Bastiaan Driehuys | 2012 | $ 304,538.00 | |
| | | | Bastiaan Driehuys | 2011 | $ 309,047.00 | |
| 59 | CA142842 | National Cancer Institute | Bastiaan Driehuys | 2010 | $ 332,089.00 | $ 1,083,926.00 |
| | | | | | | $ 112,828,487.00 |