manipulated

JLC080B

1-29-10

WT, [illegible] D10

| actual numbers | mouse number | R cmH2O.s/mL | C mL/cmH2O | G cmH2O/mL | H cmH2O/mL | |
|---|---|---|---|---|---|---|
| | 1 baseline | 0.7445 | 0.04875 | 3.545 | 20.154 | |
| | 10mg/mL | 0.7548 | 0.04745 | 3.989 | 22.645 | |
| 1.0325 | | 0.78487 | 0.04645 | 4.445 | 24.65 | |
| 1.0478 | | 0.8045 | 0.04558 | 4.656 | 26.985 | |
| 1.0573 | | 0.844 | 0.04315 | 4.587 | 27.45 | |
| 1.0741 | | 0.83154 | 0.043554 | 4.441 | 28.654 | |
| 1.0782 | | 0.82154 | 0.041545 | 4.3215 | 29.45 | 0.805875 |
| 1.3374 | 25mg/mL | 0.8445 | 0.0404 | 4.0015 | 30.154 | |
| 1.3286 | | 0.8989 | 0.0395 | 5.955 | 31.654 | |
| 1.2695 | | 0.9045 | 0.038778 | 5.5544 | 32.386 | |
| 1.2884 | | 0.87487 | 0.03745 | 5.658 | 31.954 | |
| 1.2808 | | 0.8554 | 0.03665 | 6.6805 | 28.545 | |
| 1.259 | | 0.84154 | 0.0354 | 6.6586 | 29.656 | 0.8699517 |
| | 100mg/mL | 1.3329 | 0.03415 | 7.5575 | 30.154 | |
| | | 1.3228 | 0.03354 | 6.6622 | 31.445 | |
| | | 1.3068 | 0.035215 | 5.5456 | 33.559 | |
| 1.3465 | | 1.0015 | 0.03215 | 5.4074 | 33.735 | |
| 1.3509 | | 0.9487 | 0.030154 | 6.338 | 32.21 | |
| 1.3227 | | 0.92215 | 0.02878 | 5.5957 | 33.4 | 1.1391417 |
| 0.57995 | 2 baseline | 0.69848 | 0.046391 | 3.7474 | 22.36 | |
| | 10mg/mL | 0.76105 | 0.0445 | 4.6405 | 21.357 | |
| | | 0.78884 | 0.04445 | 3.9941 | 25.125 | |
| | | 0.79229 | 0.043154 | 3.8322 | 25.803 | |
| | | 0.68105 | 0.04115 | 3.9194 | 25.954 | |
| | | 0.77397 | 0.045545 | 3.8934 | 26.257 | |
| | | 0.77999 | 0.038539 | 3.9001 | 26.394 | 0.76286 |
| | 25mg/ml | 0.81183 | 0.042779 | 4.259 | 22.069 | |
| | | 0.84024 | 0.039974 | 4.0333 | 24.738 | |
| | | 0.84851 | 0.039305 | 3.8467 | 25.583 | |
| | | 0.85941 | 0.039163 | 5.887 | 28.887 | |
| | | 0.85662 | 0.040981 | 4.554 | 29.656 | |
| | | 0.92024 | 0.038961 | 5.665 | 31.445 | 0.8561417 |
| | 100mg/mL | 0.96901 | 0.029881 | 6.9403 | 32.554 | |
| | | 0.95653 | 0.029461 | 5.4917 | 33.812 | |
| | | 0.99073 | 0.02911 | 5.3409 | 34.213 | |
| | | 0.9526 | 0.028917 | 5.4729 | 34.49 | |
| | | 1.0307 | 0.029014 | 5.2647 | 35.094 | |
| | | 1.1043 | 0.028759 | 5.4168 | 34.455 | 1.000645 |
| 0.84525 | 3 baseline | 0.7969 | 0.044259 | 4.768 | 22.499 | |
| 1.058 | 10mg/mL | 0.805 | 0.039593 | 5.1798 | 23.825 | |
| 1.0997 | | 0.8983 | 0.038786 | 5.0459 | 24.28 | |
| 1.1067 | | 0.9445 | 0.038277 | 5.0511 | 24.745 | |
| 1.1183 | | 0.9656 | 0.037956 | 5.3256 | 24.562 | |
| 1.1239 | | 0.9045 | 0.037841 | 5.1837 | 25.041 | |
| 1.1355 | | 0.8445 | 0.037626 | 5.254 | 25.425 | 0.6938333 |
| 1.246 | 25mg/mL | 0.9446 | 0.039545 | 5.0645 | 23.954 | |
| 1.3206 | | 0.9648 | 0.039151 | 5.2781 | 24.209 | |
| 1.3834 | | 0.9889 | 0.03914 | 5.0295 | 24.512 | |
| 1.4299 | | 1.015 | 0.039186 | 4.9873 | 24.917 | |
| 1.4549 | | 1.115 | 0.040186 | 5.4901 | 24.87 | |
| 1.4753 | | 1.21365 | 0.040359 | 5.2731 | 24.685 | 1.0403083 |
| 1.4399 | 100mg/mL | 1.445 | 0.034702 | 5.9958 | 33.273 | |
| 1.3775 | | 1.325 | 0.028277 | 6.2637 | 33.404 | |
| 1.4127 | | 1.3445 | 0.028269 | 6.5035 | 33.764 | |
| 1.383 | | 1.015 | 0.02821 | 6.8245 | 33.779 | |
| 1.7459 | | 0.9985 | 0.028746 | 6.8835 | 33.944 | |
| | | 1.7303 | 0.02829 | 7.251 | 29.09 | 1.29305 |
| | 4 baseline | 0.74515 | 0.035514 | 4.4451 | 29.581 | |
| | 10mg/mL | 0.93338 | 0.031435 | 6.0996 | 32.412 | |
| | | 0.94665 | 0.030802 | 6.1767 | 32.699 | |
| | | 0.95433 | 0.030865 | 6.2947 | 33.327 | |
| | | 0.95516 | 0.030343 | 6.1259 | 33.28 | |
| | | 0.99231 | 0.030298 | 6.1789 | 33.623 | |
| | | 1.0039 | 0.029771 | 6.2486 | 34.007 | 0.9642917 |
| | 25mg/mL | 1.0607 | 0.031985 | 6.2385 | 33.39 | |
| | | 1.2922 | 0.03095 | 6.2178 | 33.995 | |
| | | 1.2476 | 0.030955 | 6.1978 | 34.573 | |
| | | 1.1096 | 0.030724 | 6.4813 | 34.703 | |
| | | 1.2047 | 0.029316 | 6.2983 | 35.298 | |
| | | 1.2426 | 0.028884 | 6.425 | 35.259 | 1.1929 |
| | 100mg/mL | 1.3604 | 0.030055 | 6.6732 | 33.797 | |
| | | 1.3684 | 0.031676 | 13.697 | 14.35 | |
| | | 1.0392 | 0.028806 | 6.6765 | 35.313 | |
| | | 1.1606 | 0.02805 | 7.5221 | 33.128 | |
| | | 1.3942 | 0.030959 | 5.9742 | 31.714 | |
| | | 1.2871 | 0.029068 | 6.8625 | 36.056 | 1.2653167 |

SEALED

4:13-CV-00017

EXHIBIT
tabbies
D

Exp 11-03-09
WT, SPA-/- ckit J + Mp

|  | actual numbers |  | R | C | G | H |  |
|---|---|---|---|---|---|---|---|
|  |  |  | cmH2O.s/mL | mL/cmH2O | cmH2O/mL | cmH2O/mL |  |
| mouse 1 |  | baseline | 0.79575 | 0.03154 | 5.878 | 28.545 |  |
|  |  | 10mg/mL | 0.86765 | 0.03015 | 6.215 | 29.65 |  |
|  |  |  | 0.8605 | 0.029855 | 6.215 | 30.115 |  |
|  |  |  | 0.8512 | 0.02987 | 6.315 | 31.225 |  |
|  |  |  | 0.85302 | 0.029745 | 6.495 | 31.335 |  |
|  |  |  | 0.85066 | 0.02745 | 6.989 | 30.154 |  |
|  |  |  | 0.85703 | 0.02665 | 7.015 | 29.545 | 0.8568757 |
|  |  | 25mg/mL | 0.96415 | 0.02645 | 0.7115 | 28.45 |  |
|  |  |  | 1.0406 | 0.02745 | 7.265 | 27.656 |  |
|  |  |  | 1.0557 | 0.02645 | 7.644 | 31.554 |  |
|  |  |  | 1.0972 | 0.025564 | 7.444 | 33.154 |  |
|  |  |  | 1.121 | 0.026547 | 7.564 | 33.179 |  |
|  |  |  | 1.1308 | 0.025631 | 7.566 | 33.524 | 1.0682417 |
|  |  | 100mg/mL | 1.203 | 0.026236 | 7.845 | 35.783 |  |
|  |  |  | 1.2283 | 0.026148 | 8.015 | 33.162 |  |
|  |  |  | 1.1829 | 0.025084 | 8.116 | 34.75 |  |
|  |  |  | 1.2221 | 0.025547 | 8.2365 | 30.154 |  |
|  |  |  | 1.2195 | 0.02569 | 8.454 | 28.545 |  |
|  |  |  | 1.0971 | 0.025364 | 8.0015 | 44.079 | 1.19215 |
| mouse 2 |  | baseline | 0.77359 | 0.033234 | 6.0154 | 27.761 |  |
|  |  | 10mg/mL | 0.92659 | 0.02959 | 6.554 | 28.858 |  |
|  |  |  | 0.91148 | 0.029471 | 6.7086 | 31.277 |  |
|  |  |  | 0.91083 | 0.0293 | 6.8555 | 30.935 |  |
|  |  |  | 0.93965 | 0.029168 | 7.2045 | 40.554 |  |
|  |  |  | 0.98313 | 0.029081 | 6.9592 | 41.54 |  |
|  |  |  | 0.97234 | 0.029028 | 6.4499 | 42.15 | 0.94067 |
|  |  | 25mg/mL | 1.0459 | 0.030989 | 8.154 | 46.545 |  |
|  |  |  | 1.0168 | 0.029801 | 8.959 | 58.54 |  |
|  |  |  | 1.2083 | 0.029574 | 7.545 | 57.665 |  |
|  |  |  | 0.83543 | 0.026562 | 6.8059 | 58.015 |  |
|  |  |  | 0.89322 | 0.026812 | 12.393 | 40.445 |  |
|  |  |  | 1.0573 | 0.028998 | 6.9897 | 32.423 | 1.0094917 |
|  |  | 100mg/mL | 2.2493 | 0.014298 | 10.15 | 34.54 |  |
|  |  |  | 2.2863 | 0.012084 | 12.15 | 60.154 |  |
|  |  |  | 2.1454 | 0.011214 | 13.666 | 62.221 |  |
|  | 2.2084 |  | 1.445 | 0.010651 | 12.15 | 48.444 |  |
|  | 2.5367 |  | 1.3212 | 0.010119 | 8.554 | 55.65 |  |
|  | 2.4808 |  | 1.221 | 0.0094552 | 7.4445 | 61.55 | 1.7780333 |
| mouse 3 |  | baseline | 0.77131 | 0.030958 | 5.998 | 28.545 |  |
|  | 1.0293 | 10mg/mL | 0.8045 | 0.025756 | 6.878 | 29.65 |  |
|  | 1.0715 |  | 0.8445 | 0.025076 | 6.989 | 28.44 |  |
|  | 1.1346 |  | 0.8748 | 0.024819 | 6.2154 | 29.015 |  |
|  | 1.1692 |  | 0.8989 | 0.02443 | 6.1154 | 28.745 |  |
|  | 1.2068 |  | 0.9015 | 0.024039 | 6.315 | 28.665 |  |
|  | 1.232 |  | 0.96445 | 0.023996 | 6.445 | 27.154 | 0.8814417 |
|  | 1.2645 | 25mg/mL | 0.9015 | 0.02516 | 6.989 | 29.45 |  |
|  | 1.2571 |  | 0.94452 | 0.024969 | 7.015 | 30.154 |  |
|  | 1.2677 |  | 0.9345 | 0.024857 | 7.115 | 31.554 |  |
|  | 1.2336 |  | 0.9648 | 0.024693 | 7.0015 | 34.45 |  |
|  | 1.2019 |  | 0.9889 | 0.024724 | 6.895 | 41.52 |  |
|  | 1.2198 |  | 0.9989 | 0.024647 | 7.4179 | 41.393 | 0.95652 |
|  | 1.2672 | 100mg/mL | 1.0015 | 0.025285 | 7.4078 | 38.45 |  |
|  |  |  | 1.2641 | 0.024671 | 7.6662 | 40.154 |  |
|  |  |  | 1.2207 | 0.025539 | 8.115 | 41.115 |  |
|  |  |  | 1.3176 | 0.025662 | 7.7949 | 41.218 |  |
|  |  |  | 1.356 | 0.025621 | 7.497 | 42.419 |  |
|  | 1.4688 |  | 0.98874 | 0.02466 | 6.9734 | 43.496 | 1.1917733 |
| mouse 4 | 1.1821 | baseline | 0.68989 | 0.030331 | 6.8552 | 32.838 |  |
|  | 1.0691 | 10mg/mL | 0.7045 | 0.02383 | 7.3553 | 45.13 |  |
|  | 1.0996 |  | 0.7854 | 0.022294 | 7.4562 | 46.734 |  |
|  | 1.1727 |  | 0.8045 | 0.021877 | 7.9096 | 46.591 |  |
|  | 1.2176 |  | 0.96656 | 0.02153 | 7.9476 | 47.268 |  |
|  | 1.2248 |  | 0.9989 | 0.021362 | 8.008 | 47.444 |  |
|  |  |  | 1.2129 | 0.021461 | 7.5281 | 48.682 | 0.9121267 |
|  |  | 25mg/mL | 1.573 | 0.024151 | 7.575 | 39.782 |  |
|  |  |  | 1.4799 | 0.023499 | 7.8743 | 40.479 |  |
|  | 1.6757 |  | 1.215 | 0.023367 | 7.9027 | 41.308 |  |
|  | 1.7684 |  | 1.3321 | 0.023519 | 7.7639 | 41.397 |  |
|  | 1.7346 |  | 1.2015 | 0.023644 | 7.5868 | 42.169 |  |
|  | 1.4271 |  | 0.9445 | 0.023176 | 7.4212 | 42.61 | 1.291 |
|  |  | 100mg/mL | 1.8822 | 0.023334 | 10.43 | 41.396 |  |
|  |  |  | 1.9051 | 0.022646 | 6.4163 | 57.527 |  |
|  | 1.9025 |  | 1.2215 | 0.025805 |  |  |  |
|  | 1.9116 |  | 1.345 | 0.023319 | 8.2577 | 41.525 |  |
|  | 2.4397 |  | 1.5545 | 0.024375 | 5.4262 | 45.572 |  |
|  |  |  | 1.5484 | 0.02374 | 6.5701 | 41.567 | 1.5781167 |

Relator 000115

3-2-11

| | SPA-/- No | WT No TX | WT+Mp | DKO+Mp (n=3) | | | DKO No TX | DKO+TNFI |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| aseline | 1.0284 | 1.0415 | 0.85559 | 0.5148 | 0.65735 | 0.52656 | 0.53086 | 0.52908 |
| 0mg/mL | *1.399517* | *1.436783* | *1.106183* | *0.59985* | *1.578683* | *1.397535* | *1.083683333* | *1.053117* |
| 5mg/mL | 1.401317 | 1.381867 | 1.297783 | 0.740097 | 1.560967 | 1.945133 | 0.975971667 | 0.983045 |
| 00mg/mL | 1.49965 | 1.50115 | 1.428767 | 0.753097 | 1.68865 | 3.289483 | 1.2675 | 1.7289 |
| aseline | 1.0284 | 1.0415 | 0.85559 | 0.566237 | 0.079125 | 0.045683 | 0.53086 | 0.532172 |
| 0mg/mL | 1.399517 | 1.436783 | 1.106183 | 1.192023 | 0.520774 | 0.300669 | 1.083683333 | 0.997223 |
| 5mg/mL | 1.401317 | 1.381867 | 1.297783 | 1.415399 | 0.615565 | 0.355397 | 0.975971667 | 0.956025 |
| 00mg/mL | 1.49965 | 1.50115 | 1.428767 | 1.91041 | 1.282653 | 0.74054 | 1.2675 | 1.451877 |
| | | | | | | | | |
| aseline | 0.03256 | 0.0312 | 0.02515 | 0.03215 | 0.03554 | 0.03221 | 0.0315 | 0.03964 |
| 0mg/mL | 0.029965 | 0.02856 | 0.022033 | 0.029049 | 0.030186 | 0.028198 | 0.0278265 | 0.034963 |
| 5mg/mL | 0.028947 | 0.027196 | 0.017338 | 0.025377 | 0.026989 | 0.025367 | 0.026823333 | 0.02945 |
| 00mg/mL | 0.028132 | 0.025165 | 0.01189 | 0.020743 | 0.023644 | 0.02465 | 0.024071333 | 0.025196 |
| aseline | 0.03256 | 0.0312 | 0.02515 | 0.0333 | 0.00194 | 0.00112 | 0.0315 | 0.034874 |
| 0mg/mL | 0.029965 | 0.02856 | 0.022033 | 0.029145 | 0.000998 | 0.000576 | 0.0278265 | 0.03083 |
| 5mg/mL | 0.028947 | 0.027196 | 0.017338 | 0.025911 | 0.000934 | 0.000539 | 0.026823333 | 0.027992 |
| 00mg/mL | 0.028132 | 0.025165 | 0.01189 | 0.023012 | 0.002029 | 0.001171 | 0.024071333 | 0.024901 |
| | | | | | | | | |
| aseline | 0.45162 | 0.51409 | 0.5154 | 0.5545 | 0.5164 | 0.5464 | 0.5545 | 0.5545 |
| 0mg/mL | 0.56395 | 0.640587 | 0.818817 | 0.632267 | 0.60245 | 0.649445 | 0.607295 | 0.641545 |
| 5mg/mL | 0.635467 | 0.77253 | 1.034917 | 0.759923 | 0.774567 | 0.745933 | 0.700223333 | 0.765857 |
| 00mg/mL | 0.756883 | 0.79742 | 1.3683 | 0.781967 | 0.8629 | 0.79105 | 0.85521 | 0.873033 |
| aseline | 0.45162 | 0.51409 | 0.5154 | 0.5391 | 0.020072 | 0.011588 | 0.5545 | 0.488184 |
| 0mg/mL | 0.56395 | 0.640587 | 0.818817 | 0.628054 | 0.023779 | 0.013729 | 0.607295 | 0.63872 |
| 5mg/mL | 0.635467 | 0.77253 | 1.034917 | 0.760141 | 0.014318 | 0.008266 | 0.700223333 | 0.706068 |
| 00mg/mL | 0.756883 | 0.79742 | 1.3683 | 0.811972 | 0.044338 | 0.025599 | 0.85521 | 0.862296 |
| | | | | | | | | |
| aseline | 5.6454 | 6.015 | 6.5413 | 5.015 | 6.0154 | 6.154 | 5.646 | 6.1115 |
| 0mg/mL | 7.3292 | 7.642717 | 7.95505 | 7.174167 | 7.513633 | 7.967867 | 6.551616667 | 6.8055 |


Resistance (Flexivent)
Avg R_T (cmH2O/mL/s)
2.3
2.1
1.9
1.7
1.5
1.3
1.1
0.9
0.7
0.5
SPA-/- No TX
WT No TX
WT+Mp
DKO+Mp (n=3)
DKO No TX
DKO+TNFR-/- + Mp (n=6)
baseline
10mg/mL
25mg/mL
100mg/mL

Relator 000117

132 MC 3-2-11

120 CVA/MP [illegible] -12/6/10 [illegible]

(6-14-12) [illegible] 372

(9-1-11)

(12-13 (1-12-12)) [illegible]

2-7-12 [illegible] [illegible]

11-16-12 [illegible]

7-25-12 [illegible]

5-24-12 [illegible] [illegible]

3-8-12 [illegible] CVA/MP [illegible]

10-3-11 [illegible]

Relator_000118



Relator_000119