CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG - 9 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOSEPH M. THOMAS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 4:13-CV-00017 |
| DUKE UNIVERSITY, et al., | ) ) ) | **FILED IN CAMERA AND UNDER SEAL** |
| Defendants. | ) ) ) | |

## ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The Amended Complaint be unsealed and served upon the Defendants by the Relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the Notice of the United States That it is Not Intervening at This Time, which the Relator will serve upon the Defendants only after service of the Amended Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C.

Case 1:17-cv-00276-CCE-JLW    Document 36    Filed 08/09/16    Page 1 of 2

§ 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court will be sent to the United States; and that

7. Should the Relator or any of the Defendants, propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

8. The Clerk is directed to send this Order and a file-stamped copy of the motion to counsel for the United States.

IT IS SO ORDERED,

This 9th day of August, 2016.

Senior United States District Judge

Page 2 of 2