IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel*. Joseph M. Thomas, Bringing this Action on Behalf of the United States of America,<br><br>   *Plaintiff*,<br><br>v.<br><br>DUKE UNIVERSITY, et al.,<br><br>   *Defendants*. | 1:17-CV-276 |

## ORDER

Relator Joseph M. Thomas and Defendants Duke University and Duke University Health System, Inc. (the "Movants") jointly ask the Court for leave to exceed the word count in Local Rule 7.3(d) for briefs filed in support of their motions for summary judgment. In view of the potential complexity of the issues and the need for thorough briefing, the Motion, Doc. 277, is **GRANTED**, and the word limitation applicable to the Movants' summary judgment briefs is enlarged to 10,000 words each, or a total of 20,000 words if two memoranda are filed, and 26,000 words if three memoranda are filed. Opposition briefs will be similarly extended to 10,000 words each, and replies to 5,000 words each. The Court relies on counsel to avoid wordiness and personal opinion.

**SO ORDERED**, this the 29th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE