THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) *ex rel.* JOSEPH M. THOMAS, ) ) Plaintiff, ) ) v. ) ) DUKE UNIVERSITY, DUKE ) UNIVERSITY HEALTH SYSTEM, ) INC., WILLIAM M. FOSTER, PH.D., ) and ERIN N. POTTS-KANT, ) ) Defendants. ) | Case No.: 1:17-cv-00276-CCE-JLW |

### DUKE UNIVERSITY AND DUKE UNIVERSITY HEALTH SYSTEM'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COME Defendants, DUKE UNIVERSITY and DUKE UNIVERSITY HEALTH SYSTEM, INC. ("Duke"), pursuant to Federal Rule of Civil Procedure 56 and LR 56.1, and move this Court for an Order granting partial summary judgment on claims asserted in Relator's Amended Complaint. Specifically, Duke requests summary judgment on (1) Counts Four and Five of the Amended Complaint, and (2) Counts One, Two, and Three of the Amended Complaint to the extent they seek to impose liability for grants that did not report any false or fabricated data. The basis for this Motion is that, as to these matters, there are no genuine issues of material fact and the Defendants are entitled to judgment as a matter of law.

In support of this Motion, Defendants show unto this Court that:

1. This is an action brought by the Relator, Joseph Thomas, on behalf of the United States of America under the False Claims Act, 31 U.S.C. §§3726-3733 ("FCA"). Specifically, the Relator alleges that a research technician at Duke, Erin Potts-Kant, falsified data over a period of years which, in turn, was submitted in support of grants awarded by the United States.

2. Counts Four and Five of the Amended Complaint allege that every National Institutes of Health ("NIH") grant awarded to Duke from June 2013 to the present, including grants that had no relationship to the alleged misconduct committed by Potts-Kant, were nonetheless procured by fraud—even though these grants contained no false data, had no connection to the relevant laboratory, and have resulted in scientific progress to combat human disease—because Duke allegedly falsely certified compliance with the "assurance" requirements set forth in 42 C.F.R. Part 93.

3. Duke is entitled to summary judgment on Counts Four and Five because the Relator cannot show that any alleged assurance violation was material under the FCA as a matter of law.

4. Counts One, Two, and Three of the Amended Complaint allege that Duke presented false claims for payment to federal agencies by including false data in grant applications and progress reports. This motion seeks summary judgment on two categories of grants for which there is no evidence that Duke reported false research results.

- 2 -

5. For the first category—the "non-falsity grants"—Relator has stipulated that he has not identified any false data in the relevant grant applications or progress reports and will not be pursuing any claims for these grants under Counts One, Two, and Three. A copy of this Stipulation is attached to this Motion as **Exhibit 1.**

6. For the second category—the "publication-only grants"—Relator has likewise stipulated that he has not identified any false data in the grant applications or progress reports. Instead, Relator claims Duke is liable for those grants under the FCA solely because the grant documents correctly cite to published journal articles which, in turn, contain allegedly false data or statements. A copy of this Stipulation is attached to this Motion as **Exhibit 2**. The truthful citation to a published article, even if the article is later found to have false data, is not a basis for liability under the FCA.

7. Duke has contemporaneously served two memoranda in support of this motion on opposing counsel and the Government in accordance with the Court's order. D.E. 278.

WHEREFORE Duke University and Duke University Health System, Inc. pray that this Court:

(1) Grant Duke University's motion for partial summary judgment as to Counts Four and Five of the Amended Complaint;

(2) Grant Duke University Health System, Inc.'s motion for partial summary judgment as to Counts Four and Five of the Amended Complaint;

(3) Grant Duke University and Duke University Health System, Inc.'s motion for partial summary judgment as to Counts One, Two, and Three of the Amended Complaint to the extent they seek to impose liability for the "non-falsity grants" listed in **Exhibit 1**, at 5-7.

(4) Grant Duke University and Duke University Health System, Inc.'s motion for partial summary judgment as to Counts One, Two, and Three of the Amended Complaint to the extent they seek to impose liability for the following "publication-only grants", listed in **Exhibit 2**, ¶¶ 1(a)-(e).

(5) Grant such other and further relief as the Court deems just and proper.

Dated: <u>October 31, 2018</u>    Respectfully submitted,

<u>*/s/ James P. Cooney III*</u>
James P. Cooney III
North Carolina Bar. No. 12140
Womble Bond Dickinson (US) LLP
301 S. College St., Suite 3500
Charlotte, NC 28202
(704) 331-4980
Fax: (704) 338-7838
Email: Jim.Cooney@wbd-us.com

Frederick Robinson
District of Columbia Bar No: 367223
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
(202) 414-9200
Fax: (202) 414-9299
Email: frobinson@reedsmith.com

Carol Poindexter
Missouri Bar No: 45067

Kansas Bar No: 18021
District of Columbia Bar No: 987073
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, D.C., 20001-4501
(202) 662-0200
Fax: (202) 662-4643
Email:
carol.poindexter@nortonrosefulbright.com

Megan Fanale Engel
District of Columbia Bar No. 1010488
Virginia Bar No. 82085
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
(202) 414-9200
Fax: (202) 414-9299
Email: mengel@reedsmith.com

*Counsel for Defendants Duke University
and Duke University Health System, Inc.*

- 5 -

Case 1:17-cv-00276-CCE-JLW   Document 281   Filed 10/31/18   Page 5 of 7

# CERTIFICATE OF SERVICE

I hereby certify that the following counsel were served by e-mail on October 31, 2018:

D.J. O'Brien III
N.C. State Bar No. 35481
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, North Carolina, 27401
Tel. (336) 373-8850
Fax (336) 378-1001
dobrien@brookspierce.com

Matthew W. Broughton
Gregory J. Haley
Scott Sexton
Michael J. Finney
Andrew M. Bowman
GENTRY LOCKE
900 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tel. (540) 983-9300
Fax (540) 983-9400
broughton@gentrylocke.com
haley@gentrylocke.com
sexton@gentrylocke.com
finney@gentrylocke.com
bowman@gentrylocke.com

John R. Thomas, Jr.
Healy Hafemann Magee
P.O. Box 8877
Roanoke, VA 24014
Tel. (540) 759-1660
jt@hhm.law

Richard S. Glaser, Jr.
Eric Cottrell
Annette K. Ebright
PARKER, POE, ADAMS & BERNSTEIN LLP
Three Wells Fargo Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
Tel. (704) 372-9000
rickglaser@parkerpoe.com
ericcottrell@parkerpoe.com
annetteebright@parkerpoe.com

Amos Tyndall
Michelle Merck Walker
PARRY TYNDALL WHITE
The Europa Center
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
Tel. (919) 246-4676
atyndall@ptwfirm.com
mwalker@ptwfirm.com

Cheryl T. Sloan
U.S. Attorney's Office
101 South Edgeworth Street
4th Floor
Greensboro, NC 27401
Tel. (336) 333-5351
cheryl.sloan@usdoj.gov

*/s/ James P. Cooney III*
James P. Cooney III

WBD (US) 44851592v1