THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>*ex rel.* JOSEPH M. THOMAS,<br><br>    **Plaintiff,**<br><br>v.<br><br>DUKE UNIVERSITY, DUKE<br>UNIVERSITY HEALTH SYSTEM,<br>INC., WILLIAM M. FOSTER, PH.D.,<br>and ERIN N. POTTS-KANT,<br><br>    **Defendants.** | Case No.: 1:17-cv-00276-CCE-JLW |

## CERTIFICATE OF SERVICE

I hereby certify that Duke's Memorandum in support of its Motion for Partial Summary Judgment as to Counts I, II, and III was served on the following counsel by e-mail on October 31, 2018:

D.J. O'Brien III
N.C. State Bar No. 35481
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, North Carolina, 27401
Tel. (336) 373-8850
Fax (336) 378-1001
dobrien@brookspierce.com

Matthew W. Broughton
Gregory J. Haley
Scott Sexton
Michael J. Finney
Andrew M. Bowman

Richard S. Glaser, Jr.
Eric Cottrell
Annette K. Ebright
PARKER, POE, ADAMS & BERNSTEIN LLP
Three Wells Fargo Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
Tel. (704) 372-9000
rickglaser@parkerpoe.com
ericcottrell@parkerpoe.com
annetteebright@parkerpoe.com

Amos Tyndall
Michelle Merck Walker
PARRY TYNDALL WHITE

| | |
|---|---|
| GENTRY LOCKE<br>900 SunTrust Plaza<br>P.O. Box 40013<br>Roanoke, Virginia 24022-0013<br>Tel. (540) 983-9300<br>Fax (540) 983-9400<br>broughton@gentrylocke.com<br>haley@gentrylocke.com<br>sexton@gentrylocke.com<br>finney@gentrylocke.com<br>bowman@gentrylocke.com<br><br>John R. Thomas, Jr.<br>Healy Hafemann Magee<br>P.O. Box 8877<br>Roanoke, VA 24014<br>Tel. (540) 759-1660<br>jt@hhm.law | The Europa Center<br>100 Europa Drive, Suite 401<br>Chapel Hill, NC 27517<br>Tel. (919) 246-4676<br>atyndall@ptwfirm.com<br>mwalker@ptwfirm.com<br><br>Cheryl T. Sloan<br>U.S. Attorney's Office<br>101 South Edgeworth Street<br>4th Floor<br>Greensboro, NC 27401<br>Tel. (336) 333-5351<br>cheryl.sloan@usdoj.gov<br><br><br>*/s/ James P. Cooney III*<br>James P. Cooney III |