| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:17 CV 276 |
|---|---|
| Name of Plaintiff(s): U.S. ex rel. Thomas <br><br> VERSUS <br><br> Name of Defendant(s): Duke Univ., etc. | FILED DEC 21 2018 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC <br><br> REPORT OF MEDIATOR <br> (For Placement on the CM/ECF Docket) |
| Mediator Name: JONATHAN R. HARKAVY | |
| Telephone No: 336-370-4200 <br> E-Mail Address: jharkavy@aol.com | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ~~ordered~~ in this case:
   ☑ was held on 11/12/18 (date)
   ☐ was NOT held because ___

2. **Attendance**
   ☑ No objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by ___

3. **Outcome**
   ☑ Complete settlement of the case — Subject to DOJ and Court approval
   ☑ Conditional settlement or other disposition — " " " " "
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: ___

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are ___ Hearing to be held 1/4/19
   (b) The person responsible for filing the document(s) is ___
   (c) The agreed deadline for filing the document(s) is ___

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten ~~(10) days~~ 1 month after conclusion of the conference.

_Jonathan R. Harkavy_     _December 17, 2018_
Mediator Signature     Date

RECEIVED In This Office DEC 21 2018 CLERK, U.S. DISTRICT COURT GREENSBORO, NC