# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Joseph M. Thomas

    v.                        Case Number:   1:17CV276

Duke University, et al

# NOTICE

Take notice that a proceeding in these cases has been **set** as indicated below:

        **PLACE:**        **L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C.**
**COURTROOM NO.:**    **G-3**
**DATE AND TIME:**    **March 25, 2019 - 9:30 a.m.**
    **PROCEEDING:**    **Hearing on Motion for Approval of Settlement Agreement**

---

John S. Brubaker, Clerk

By: /s/ Marlene Sanders, Deputy Clerk

Date:   February 7, 2019

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD