| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* JOSEPH M. THOMAS, )<br>bringing this Action on Behalf )<br>of the United States of America, )<br>)<br>Plaintiffs, )<br>)<br>v. . )<br>)<br>)<br>DUKE UNIVERSITY, DUKE )<br>UNIVERSITY HEALTH SYSTEM, INC., )<br>WILLIAM M. FOSTER, Ph.D., )<br>and ERIN N. POTTS-KANT, )<br>)<br>Defendants. ) | Civil Action No.<br>1:17CV276 |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America (United States), Relator Joseph M. Thomas (Relator), Duke University and Duke University Health System, Inc. (Duke), William M. Foster, Ph.D. (Foster), and Erin N. Potts-Kant (Potts-Kant), hereby stipulate that the claims of the Relator and the United States against Duke, Foster, and Potts-Kant are dismissed as follows:

1. With prejudice as to the Relator and as to the United States with respect to the "Covered Conduct" as defined in, pursuant to and consistent with the terms and conditions of the Settlement Agreement entered into by Relator, the United States, and Duke on March 22, 2019 (Settlement Agreement);

1

2. Without prejudice to the United States as to all other claims;

3. With prejudice as to the Relator and without prejudice as to the United States with respect to the 39 grants listed in Attachment B to the Settlement Agreement, for which Relator has no evidence of falsity submitted in claims related to those grants;

4. With prejudice as to the Relator as to all claims against Foster and Potts-Kant, and;

5. Without prejudice as to the United States as to all claims against Foster and Potts-Kant; and with prejudice as to the Relator as to all other claims, except for Relator's claim(s) for expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d)(2).

The Court shall retain jurisdiction in this case to resolve any dispute between Duke and the Relator as to the Relator's expenses, attorneys' fees, and costs. Should Duke and the Relator not resolve this issue, the Relator may, within 60 days of the date this Stipulation is filed, file a motion requesting an award of his expenses, attorney's fees, and costs pursuant to 31 U.S.C. § 3730(d)(2) and LR 54.2.

SO ORDERED:

_____
Catherine C. Eagles
United States District Court Judge

STIPULATED TO BY:

        MATTHEW G.T. MARTIN
        United States Attorney

        /s/ Cheryl T. loan
        Cheryl T. Sloan
        Assistant United States Attorney
        NCSB #12557
        101 S. Edgeworth St., 4th Floor
        Greensboro, NC 27401
        336-333-5351
        cheryl.sloan@usdoj.gov

        BROOKS PIERCE

        /s/ D. J. O'Brien, III
        D. J. O'Brien, III
        Attorney for Relator Joseph R. Thomas
        NCSB #35481
        2000 Renaissance Plaza
        230 North Elm Street
        Greensboro, NC 27401
        336-271-3194
        DOBRIEN@brookspierce.com

        WOMBLE BOND DICKINSON

        /s/ James P. Cooney, II
        James P. Cooney
        Attorney for Duke University and Duke
        University Health System, Inc.
        NCSB# 12140
        One Wells Fargo Center Suite 3500
        301 South College Street
        Charlotte, NC 28202-6037
        704-331-4980
        Jim.Cooney@wbd-us.com

PARKER, POE, ADAMS & BERNSTEIN, LLP


/s/Richard S. Glaser, Jr.
Richard S. Glaser, Jr.
NCSB #13998
Attorney for Defendant
William M. Foster, Ph.D.
Three Wells Fargo Center, Suite 3000
401 South Tryon Street Charlotte, NC 28202
704-335-9531
rickglaser@parkerpoe.com



PARRY, TYNDALL & WHITE


/s/ Amos G. Tyndall
Amos G. Tyndall
NCSB #19309
Attorney for Defendant Erin Potts-Kant
100 Europa Center, Suite 401
Chapel Hill, NC 27517
919-246-4676
atyndall@ptwfirm.com

4

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*ex rel.* JOSEPH M. THOMAS, )<br>bringing this Action on Behalf )<br>of the United States of America, )<br>)<br>Plaintiffs, )<br>)<br>v.    . )<br>)<br>)<br>DUKE UNIVERSITY, DUKE )<br>UNIVERSITY HEALTH SYSTEM, INC., )<br>WILLIAM M. FOSTER, Ph.D., )<br>and ERIN N. POTTS-KANT, )<br>)<br>Defendants. ) | Civil Action No.<br>1:17CV276 |

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2019, the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system, and I hereby certify that the document was served via that system on the following CM/ECF participants:

> D. J. O'Brien, III
> Attorney for Relator Joseph R. Thomas
> NCSB #35481
> 2000 Renaissance Plaza
> 230 North Elm Street
> Greensboro, NC 27401
> 336-271-3194
> DOBRIEN@brookspierce.com

5

James P. Cooney
Attorney for Duke University and Duke
University Health System, Inc.
NCSB# 12140
One Wells Fargo Center Suite 3500
301 South College Street
Charlotte, NC 28202-6037
704-331-4980
Jim.Cooney@wbd-us.com


Richard S. Glaser, Jr.
NCSB #13998
Attorney for Defendant
William M. Foster, Ph.D.
Three Wells Fargo Center, Suite 3000
401 South Tryon Street Charlotte, NC 28202
704-335-9531
rickglaser@parkerpoe.com


Amos G. Tyndall
NCSB #19309
Attorney for Defendant Erin Potts-Kant
100 Europa Center, Suite 401
Chapel Hill, NC 27517
919-246-4676
atyndall@ptwfirm.com



This the 1st day of July, 2019.

/s/ Cheryl T. loan
Cheryl T. Sloan
Assistant United States Attorney
NCSB #12557
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336-333-5351
cheryl.sloan@usdoj.gov